UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WILLIAM RUTHER STAPLES | ) | |
| EUSTACIA DENISE STAPLES | ) | CASE NO. A11-58542-BEM |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: WILLIAM RUTHER STAPLES
Check Number: 2390331
Check Date: 9/30/2013
Check Amount: $546.89

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, October 8, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

WILLIAM RUTHER STAPLES
1987 PEACH SHOALS CIRCLE
DACULA, GA  30019

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| WILLIAM RUTHER STAPLES | ) | |
| EUSTACIA DENISE STAPLES | ) | CASE NO. A11-58542-BEM |
| | ) | |
| DEBTOR(S) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

COMES NOW MARY IDA TOWNSON, CHAPTER 13 TRUSTEE, and files this Notice that she is remitting to the Registry of the Clerk of the United States Bankruptcy Court the following payment:

Payee Name: NORTHSTAR CAPITAL ACQUISITION
Check Number: 2390331
Check Date: 9/30/2013
Check Amount: $71.37

These funds are being remitted to the Registry because the payee has not claimed the funds.

## CERTIFICATE OF SERVICE

This is to certify that I have this day, October 8, 2013, served the Notice of Deposit of Unclaimed Funds by 1st class United States Mail to:

WILLIAM RUTHER STAPLES
1987 PEACH SHOALS CIRCLE
DACULA, GA  30019

/S/
MARY IDA TOWNSON, TRUSTEE
State Bar Number: 715063
191 Peachtree Street, Suite 2200
Atlanta, Georgia 30303
(404) 525-1110